Certificate Number: 16339-PAW-DE-033071479

Bankruptcy Case Number: 19-22394



16339-PAW-DE-033071479

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 7, 2019, at 9:13 o'clock PM EDT, Richard Baker completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  July 7, 2019                          By:     /s/Kelley Tipton

Name:  Kelley Tipton

Title:  Certified Financial Counselor