Certificate Number: 16339-PAW-DE-033071480

Bankruptcy Case Number: 19-22394



16339-PAW-DE-033071480

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 7, 2019, at 9:13 o'clock PM EDT, Darla Baker completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  July 7, 2019    By:   /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor